## 1448.  ALLEN v. THE STATE.

HILL, C. J.   1. Threats alone, unaccompanied by any effort or apparent intention to execute them, are not sufficient to constitute the offense of obstructing, resisting, or opposing an officer in the execution of lawful process, under section 306 of the Penal Code.  *Statham* v. *State*, 41 *Ga.* 507 (4) ; *Davis* v. *State*, 76 *Ga.* 721; 29 Cyc. 1329.

2. The verdict is without evidence to support it, and a new trial should have been granted.                          *Judgment reversed.*

Accusation of obstructing legal process, from city court of Elberton—Judge Proffitt.   August 19, 1908.

Submitted November 10,—Decided November 24, 1908.

*Samuel L. Olive,* for plaintiff in error.

*Thomas J. Brown, solicitor,* contra.